12-8-03

UNITE STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Faber Augusto Ramirez Arroyo
A # 76 960 504

03 CV 12511 JLT

FILED IN CLERKS OFFICE
2003 DEC 15 P 2:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Petitioner    MAGISTRATE JUDGE Cohen

JOSEPH F. McDONOUGH
    SHERIFF OF PLYMOUTH COUNTY
    My IMMEDIATE CUSTODIAN
DEPARTMENT OF HOMELAND SECURITY
- STEVEN J. FARQUHARSON, DISTRICT
    DIRECTOR - CUSTODIAN

    APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS
        UNDER 28 U.S.C. § 2241.

1- I AM PRESENTLY CONFINED AT THE PLYMOUTH COUNTY CORRECTIONAL FACILITY

2- THE BASIS OF MY PETITION:
    - CONTINUED DETENTION IN THE CUSTODY OF THE DEPARTMENT OF
    HOMELAND SECURITY, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT.

A) I RECIDE A LETTER FROM
        DEPARTMENT OF HOMELAND SECURITY
        BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT
        ATTN: CLAUDIA M. ENGLISH, DEPORTATION OFFICER
        JFK FEDERAL BUILDING, GOVERNMENT CENTER
        BOSTON, MA 02203
YOUR CUSTODY STATUS WILL BE REVIEWED ON OR ABOUT: SEPTEMBER 19, 2003

    I DON'T RECEIVED NOT ASWER TO THIS DAY FORM INS

B) I HAVE FULLY COOPERATED WITH THE D.H.S. IN ORDER TO
    GET MY TRAVEL DOCUMENTS. THEY HAVE MY PHOTOS
    AND FINGERPRINT, AND BETH CERTIFICATE

I am in custody for INS from June 19, 2003 its now Dec 8 2003. I am not understanding why I am not being deported back Colombia it's now going 6 months and I am coming from 7 years sentence from the state of Massachussets. I have coraperated fully with the INS I have giving them all my travel documents. My family has been in contact with the consular of Colombia and nobody seems to know what is going on could some body be so kind to look in to matter and bring attention to my situation

Thank you so kindly

A.T. Faber Augusto Ramirez Arayave

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360
I.D. # 18457