UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2003 DEC 16 P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FABER AUGUSTO RAMIREZ ARROYAVE,<br><br>        Petitioner<br><br>    v.<br><br>JOSEPH F. MCDONOUGH, ET AL.<br><br>        Respondents | Civil Action No.<br>03cv12511-JLT |

## RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent Bureau of Immigration and Customs Enforcement hereby informs the Court of its intention to execute the final order of removal against petitioner on **JANUARY 2, 2004**.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on December 16, 2003.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114