UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 16  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

FABER AUGUSTO RAMIREZ ARROYAVE, )
)
      Petitioner )
)
  v. )
)
JOSEPH F. MCDONOUGH, ET AL. )
)
)
      Respondents )

Civil Action No.
03cv12511-JLT

MOTION TO DISMISS

Respondent ICE moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on December 16, 2003.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114